UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI WU (A# 226-134-804), | No.  1:26-cv-04017 DJC SCR |
| Petitioner, | |
| v. | ORDER |
| MOISES BECERRA, et al., | |
| Respondents. | |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 24, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days.  Respondent filed objections to the findings and recommendations for the same reasons advanced in their responsive pleading.  ECF No. 11.  Petitioner also filed an objection "to the possibility of petitioner being released in California with no way to return to New York," and requests that an order adopting the findings and recommendations also direct Respondents to "immediately return petitioner to the location of his arrest, and to file a notice of compliance with this Court within three

1

days." ECF No. 13 at 2.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 10) are adopted in full.

2. Petitioner's first amended application for a writ of habeas corpus (ECF No. 8) is granted on Count 2.

3. Respondents is ordered to release Petitioner HUI WU (A# 226-134-804) immediately and to not impose any additional restrictions on him, unless they are determined to be necessary at a future pre-deprivation/custody hearing.

4. At the time of release, Respondents is required to return all of Petitioner's documents and possessions.

5. If the government seeks to re-detain Petitioner, it must provide no less than 7 day of notice to Petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter at which Petitioner's eligibility for bond must be considered. At any such hearing, the government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight.

6. This order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal and Petitioner receives notice of that final order of removal.

////

////

////

////

////

2

7.   The Clerk of Court is directed to:

a.  Serve a copy of any order adopting these findings and recommendations on the Golden State Annex Detention Facility; and

b.  Enter judgment for Petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **June 26, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE